DEMETRAS & O'NEILL
J. Craig Demetras
State Bar No. 4246
Shelly T. O'Neill
State Bar No. 986                        E-FILED ON APRIL 10, 2012
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600
(775) 348-9315 Facsimile

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-N-11-51818 |
| JOHN GESSIN | Adv No: 11-5078 |
| Debtor. | **EX-PARTE MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND TRIAL** |
| _____/ | |
| ALLISON TATIANO MOORE, | MSJ HEARING DATE: April 11, 2012 |
| Plaintiff, | MSJ HEARING TIME: 10:00 a.m. TRIAL DATE: April 20, 2012 |
| vs. | TRIAL TIME: 9:00 a.m. |
| JOHN GESSIN, | |
| Defendant. | |
| _____/ | |

Debtor, John Gessin, by and through his counsel, Shelly T. O'Neill, of Demetras & O'Neill, hereby moves this Court for an Order to Continue the hearing on Motion for Summary Judgment and the Trial.

This Motion is made and based upon the following, together with the entire record in this action.

The Debtor requests the Court to enter an Order to Continue the Motion for

Summary Judgment hearing and the Trial based upon the following:

1.  The Plaintiff commenced this proceeding by filing a Complaint with the Court on August 2, 2011.

2.  The Debtor answered the Complaint on September 6, 2011.

3.  A Motion for Summary Judgment was filed on February 21, 2012.

4.  A Scheduling Order was entered on March 15, 2012.

5.  An Opposition to the Motion for Summary Judgment was filed on March 19, 2012.

6.  The Debtor's counsel filed a Motion to Withdraw on March 19, 2012.

7.  The Motion for Summary Judgment is set for April 11, 2012 at 10:00 a.m.

8.  A trial is set on this adversary proceeding on April 20, 2012, and trial statements were due April 6, 2012.

9.  Counsel for the debtor was hired after close of business on April 9, 2012.

10. Defendant/Counsel requires an extension of time to review the case with counsel and to file despositive motions which may, if granted by the Court, vacate the motion for summary judgment and the trial.

11. Counsel for the Debtor is unavailable on both April 11, 2012 and April 20, 2012.

12. Counsel will also be unavailable May 14, 2012 through June 4, 2012.

WHEREFORE, the Debtor requests the Court enter an Order to Continue the Motion for Summary Judgment and the Trial and for such other and further relief as is deemed appropriate.

DATED this 10th day of April, 2012.

DEMETRAS & O'NEILL

By:    /s/ Shelly T. O'Neill
       By: Shelly T. O'Neill, Esq.
       Attorney for Debtor/Defendant