```
                  UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF NEVADA
_____
                                     )
In re:                               )
                                     )
JOHN D. GESSIN              CH: 7    )   11-51818-btb
                                     )
TATIANO MOORE v. GESSIN              )   11-05078
                                     )
DOC# 10 MOTION FOR SUMMARY JUDGMENT  )
WITH CERTIFICATE OF SERVICE FILED BY )
GLADE L HALL ON BEHALF OF ALLISON    )
TATIANO MOORE                        )
_____ )
```

                                        U.S. Bankruptcy Court
                                        300 Booth Street
                                        Reno, NV 89509

                                        May 4, 2012
                                        9:00 a.m.

           BEFORE THE HONORABLE BRUCE T. BEESLEY, Judge

APPEARANCES:

For the Plaintiff:          Glade L. Hall
                            HUTCHINSON & STEFFAN
                            105 Mt. Rose Street
                            Reno, NV 89509

For the Debtor:             Shelly T. O'Neill
                            DEMETRAS & O'NEILL LAW OFFICES
                            230 E. Liberty Street
                            Reno, NV  89501

Also Present:               William B. Cossitt
                            OFFICE OF U.S. TRUSTEE
                            300 Booth Street, Rm. 2129
                            Reno, NV 89509

Proceedings recorded by electronic sound technician, Stacie C. Kief; transcript produced by AVTranz.

**AVTranz**
www.avtranz.com · (800) 257-0885

1           THE COURT:  This is John D. Gessin, Case Number
2  11-51818, Adversary 11-05078.
3           Appearances, please?
4           MR. HALL:  Glade Hall on behalf --
5           MS. O'NEILL:  Shelly O'Neill --
6           MR. HALL:  -- the Plaintiff, Your Honor.
7           MS. O'NEILL:  And Shelly O'Neill on behalf of the
8  Debtor, Mr. Gessin.
9           THE COURT:  Okay.  I have read the motion for summary
10 judgment.  I have read the opposition.  I've read the
11 supplements, and I'm ultimately going to grant the motion for
12 summary judgment because I believe that the judgment of the
13 District Court gives preclusive effect -- or issue preclusive
14 effect to all of the elements that are necessary for denying
15 discharge -- or the discharge of a debt under 523(a)(2).
16          But there's a problem.  I don't have a certified copy
17 of the records of the District Court.  The arbitrator's award
18 that was given to me is undated.  It's not file-stamped.  I
19 don't doubt that it's an act -- accurate copy, but I would like
20 to have a certified copy of both the judgment and a certified
21 of the record where the arbitrator's award was filed with the
22 District Court.
23          MR. HALL:  I have those.  I'm not sure that I have
24 them with me, Your Honor, but --
25          THE COURT:  You can -- you can submit them later

1  today or you can submit them Monday morning.  I -- I did not
2  understand what the relevance of Ms. Ho (phonetic) and her
3  various difficulties were when I read through the various
4  declarations.  Although, I do think whoever her employer was,
5  was extremely patient in having her drunk and intoxicated at
6  work and driving her home and not firing her, but that just did
7  not appear to me to be relevant.
8         So, when I have those, I will make findings of fact
9  and conclusions of law.  If you get them to me by Monday at the
10 time of hearing, I'll do it before the -- I'll do it at -- just
11 before we start the other trial 1:30.
12         MS. O'NEILL:  Your Honor --
13         THE COURT:  Yeah?
14         MS. O'NEILL:  -- as to that, I think that Mr. Hall
15 has a motion relative to the trial.
16         THE COURT:  Sure.
17         MR. HALL:  Yes.  We have a problem in that
18 Ms. Tatiano, now Ms. Moore, had a C-section -- a birth by C-
19 section yesterday morning.  She's in the hospital -- confined
20 in the hospital.
21         THE COURT:  But I'm going to grant summary judgment
22 with respect to her.
23         MR. HALL:  With respect to her.  She won't be a
24 witness in Stacy Razonie's (phonetic) case on Monday afternoon,
25 but will be here with her documents.

```
 1              THE COURT:  Okay.  Did -- okay.  She'll be here with
 2   her documents.  You don't plan to have her be a witness.
 3              MR. HALL:  Right.
 4              THE COURT:  Okay.
 5              MS. O'NEILL:  Well, Your Honor, I -- I'm in a -- an
 6   awkward position here.  Mr. Hall absolutely demanded that this
 7   case go forward.
 8              THE COURT:  I understand that.
 9              MS. O'NEILL:  And so, we've -- we've subpoenaed
10   witnesses, as you know, but Ms. Tatiano is clearly one of our
11   witnesses.  And she'll be -- she's a necessary witness.  I did
12   not subpoena her because she's obviously a party.
13              THE COURT:  Well, --
14              MS. O'NEILL:  However, I will need her testimony
15   relative to the Ms. Razonie case.
16              THE COURT:  Well, here's what we'll do -- here's what
17   we'll at least do.  We will start them -- we will start the
18   trial.  We will take the evidence we have from the people who
19   have been subpoenaed.  I understand that Ms. Moore may be
20   unavailable.  We may continue the trial for a short period of
21   time until she's available.  People do recover from C-sections.
22   And I would expect that she will recover in a reasonable period
23   of time.
24              So, I would anticipate we'll start the trial at 1:30
25   on Monday.  Is that the next trial?
```

1        MR. HALL:  Correct.

2        THE COURT:  And if Ms. Razano (sic) -- or, I'm sorry,

3   if Ms. Moore can't be here, which I also understand she may be

4   unable to be here and may be unable to be examined, we will

5   continue the trial for whatever period of time it takes for her

6   to be available.

7        MR. HALL:  Very good.

8        THE COURT:  Okay.  Anything further?

9        MS. O'NEILL:  No, Your Honor, that's --

10       THE COURT:  Thank you.  We'll be in -- Mr. Cossitt?

11       MR. COSSITT:  Just monitoring, Your Honor.

12       THE COURT:  Thank you.  We'll be in recess.

13    (Proceedings Concluded)

14

15

16     I certify that the foregoing is a correct transcript from

17   the record of proceedings in the above-entitled matter.

18

19   Dated: August 8, 2012                  _____
                                            Amanda Weiss
20                                          AVTranz, Inc.
                                            845 North 3rd Avenue
                                            Phoenix, AZ  85013
21

22

23

24

25